**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUCIA DRIVE INVESTMENT TRUST,<br><br>             Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., CAL-WESTERN RECONVEYANCE CORPORATION, WELLS FARGO HOME MORTGAGE, FIDELITY NATIONAL TITLE INSURANCE COMPANY, FIRST AMERICAN TITLE INSURANCE COMPANY, JOHN KENNERTY, PATTY CELIS, C. ARCHULETA, RHONDA RORIE, MARGO DAOUD, SARAH ARNOLD, LINDA JO DAVIS, and DOES 1 through 250, inclusive<br><br>             Defendants. | Case No: ED-CV-10-01342VAP(OPx)<br><br>**ORDER REMANDING MATTER DUE TO LACK OF FEDERAL QUESTION** |

    Upon consideration of all the written submissions and any oral arguments regarding the aforementioned Stipulation, **THE COURT ORDERS AS FOLLOWS:**

**[PROPOSED] ORDER REMANDING MATTER DUE TO LACK OF FEDERAL QUESTION**

1. Plaintiff's First Amended Complaint for Fraud, Violation of the California Rosenthal Act; and Quiet Title to Real Property no longer contains a federal question which would confer jurisdiction on the U.S. District Court, Central District of California pursuant to 28 U.S.C. § 1331. Thus, this matter is remanded to the Superior Court of California, County of Riverside.

**IT IS SO ORDERED.**

Date: October 18, 2010

*/s/ Virginia A. Phillips*

The Honorable US District Court Judge

2

**[PROPOSED] ORDER REMANDING MATTER DUE TO LACK OF FEDERAL QUESTION**